**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.  ) CR.S. 06-221 FCD

**ULISER ALONSO JIMENEZ**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( X ) Ad Prosequendum    ( ) Ad Testificandum.
Name of Detainee:

Detained at (custodian):    Sierra Conservation Center Jamestown

Detainee is:  a.)  (X) charged in this district by:
  (X) Indictment    ( ) Information    ( ) Complaint
  Charging Detainee With: Deported Alien Found in the United States

  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of proceedings
  or  b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence is
  currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:  /s/ Michael M. Beckwith
Printed Name & Phone No:  MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated: June 7, 2006.

UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | V95759 | DOB: | |
| Facility Address: | 5100 O'byrnes Ferry Road | Race: | |
| | Jamestown, CA 93210 | FBI #: | 559550CB4 |
| Facility Phone: | 209-984-5291 | | |

**RETURN OF SERVICE**

Executed on _____  by _____

(Signature)

Revised 11/19/97